**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., | Case No.: C 08-05062 PVT |
| Plaintiff, | **ORDER GRANTING PLAINTIFF CRAIGSLIST, INC.'S REQUEST FOR BANKRUPTCY STAY** |
| v. | |
| JODY GRAFFUNDER, et al., | |
| Defendants. | **[Docket No. 14]** |

On January 27, 2009, a clerk's default was entered against defendant Jody Graffunder in the above-captioned action. ("Graffunder"). On March 6, 2009, plaintiff Craigslist, Inc. ("Craigslist") notified the court that defendant Graffunder had filed for bankruptcy in U.S. Bankruptcy Court, Western District of Wisconsin. Pursuant to 11U.S.C. § 362, plaintiff requests a stay of the above-captioned action. Accordingly, plaintiff's request is granted until such time as the bankruptcy stay is lifted or plaintiff obtains relief from stay from the bankruptcy court.

IT IS SO ORDERED.

Dated: March 10, 2009

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

United States District Court
For the Northern District of California

1  copies mailed on   *3/10/2009*   to:

2  Jody Graffunder
   1908 115th Street
3  Chippewa Falls, WI 54729

4

5                                          _____EHP_____
                                           Chambers of U.S. Magistrate Judge
6                                          Patricia V. Trumbull

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*