1

2

3

4

5

6

7

8

9                          UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11                               SAN JOSE DIVISION

12   CRAIGSLIST, INC.,                    )       Case No.: C 08-5062 PVT
                                          )
13                    Plaintiff,          )       **ORDER SETTING DEADLINE FOR PARTIES
                                          )       TO FILE EITHER A "CONSENT TO
14        v.                              )       PROCEED BEFORE A UNITED STATES
                                          )       MAGISTRATE JUDGE," OR ELSE A
15   JODY GRAFFUNDER, et al.,             )       "DECLINATION TO PROCEED BEFORE A
                                          )       UNITED STATES MAGISTRATE JUDGE AND
16                    Defendants.         )       REQUEST FOR REASSIGNMENT"**
     _____ )

17

18        On May 10, 2010, the parties stipulated for entry of permanent injunction.  This case has

19   been assigned to a Magistrate Judge.  Before the court takes any action on the above-specified

20   stipulation, the court must determine whether or not all of the parties who have appeared consent to

21   Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge.

22   Therefore,

23        IT IS HEREBY ORDERED that no later than May 19, 2010, each party who has not already

24   done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a

25   "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment."

26   Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's

27

28

ORDER, *page 1*

1  website at www.cand.uscourts.gov.

2  Dated: May 10, 2010

3  _____
   PATRICIA V. TRUMBULL
4  United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*