UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CRAIGSLIST, INC., <br>          Plaintiff, <br>   v. <br><br> JODY GRAFFUNDER, ET AL., <br>          Defendants. | Case No.: C 08-05062 PVT <br><br> **ORDER FOR REASSIGNMENT TO A DISTRICT COURT JUDGE** |

On May 10, 2010, the parties stipulated for entry of a permanent injunction. Proposed Stipulation for Entry of Permanent Injunction dated May 10, 2010. (Docket No. 18). On May 11, 2010, this court had ordered that the parties file either a "consent to proceed before a United States Magistrate Judge," or else a "declination to proceed before a United States Magistrate Judge and request for reassignment" no later than May 19, 2010. ("May 11, 2010 Order"). All of the parties have not consented (or otherwise responded to the May 11, 2010 Order) to jurisdiction of this court.[1]

---

[1] Defendant Jody Graffunder has not appeared in the above-captioned action. However, he did execute the above-specified stipulation. Plaintiff Craigslist has advised defendant Graffunder regarding the May 11, 2010 Order. *See* Consent to Proceed Before U.S. Magistrate Judge dated May 17, 2010. (Docket No. 20).

ORDER, *page 1*

1
2   Accordingly, the above-captioned action shall be reassigned to a district court judge.
3          IT IS SO ORDERED.
4   Dated:      June 22, 2010
                                               _____
                                               PATRICIA V. TRUMBULL
5                                              United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*