Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
E-mail: EMcDougall@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff
 craigslist, Inc.

\*\*E-Filed 7/15/2010\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Jody Graffunder; John Doe d/b/a Craigslistmarketer.com and Does 2 through 25, inclusive,<br>　　　　　　　Defendants. | Case No. CV-08-5062 PVT<br><br>[PROPOSED] STIPULATION FOR ENTRY OF PERMANENT INJUNCTION |

## I.　STIPULATION

Defendant Jody Mark Graffunder ("Defendant") and Plaintiff craigslist, Inc. ("craigslist") stipulate to entry of a permanent injunction as set forth below. This stipulation arises out of a Settlement Agreement between the parties, and does not alter or supersede the obligations under the Settlement Agreement.

Defendant and craigslist stipulate as follows:

1.  Defendant consents to this Court's jurisdiction over the subject matter at issue in this action.

2.  Defendant consents to this Court's personal jurisdiction over him for the purposes of entry of this stipulation and enforcement of the Settlement Agreement between the parties.

3.  Defendant and craigslist consent to entry of this judgment for permanent injunctive relief against Defendant immediately and permanently and forever enjoining Defendant, his officers, agents, servants, employees, successors, and assigns, and any persons acting in active concert or participation with them who receive actual notice of this Permanent Injunction by personal service or otherwise from:

    (a)  Manufacturing, developing, creating, adapting, modifying, exchanging, offering, distributing, selling, providing, donating, contributing, making available to the public, importing, trafficking in, or using any automated device or computer program (including, but not limited to, any technology, product, service, device, component, or part thereof) that facilitates the creation of automated postings on craigslist, the flagging of previously posted content, or the creation of multiple craigslist accounts including phone verified accounts;

    (b)  Manufacturing, developing, creating, adapting, modifying, exchanging, offering, distributing, selling, providing, donating, contributing, making available to the public, importing, making available, trafficking in, or using content that uses automated means (including, but not limited to, spiders, robots, crawlers, data mining tools, and data scraping tools) to download or otherwise obtain data from craigslist;

    (c)  Engaging in any activity that disrupts, diminishes the quality of, interferes with the performance of, or impairs the functionality of, craigslist's services or the craigslist website;

    (d)  Copying, distributing, displaying, creating derivative works or otherwise using protected elements of craigslist's copyrighted website (located at www.craigslist.org), including, but not limited to, the website's post to classifieds, account registration and account log in expressions and compilations, and from inducing, encouraging, causing or materially contributing to any other person or entity doing the same;

    (e)  Circumventing technological measures that control access to craigslist's copyrighted website and/or portions thereof (including, but not limited to, CAPTCHAs and RE-CAPTCHAs), and from inducing, encouraging, causing or materially contributing to any other person or entity doing the same;

    (f)  Manufacturing, developing, creating, adapting, modifying, exchanging, offering, selling, distributing, providing, creating, donating, contributing, making available to the public, importing, trafficking in, or using technology, products, services, devices, components, or parts thereof, that are primarily designed or produced for the purpose of circumventing technological measures and/or protection afforded by technological measures that control access to craigslist's copyrighted website and/or portions thereof, and from inducing, encouraging, causing or materially contributing to any other person or entity doing the same;

    (g)  Accessing or attempting to access craigslist's computers, computer systems, computer network, computer programs, and data, without authorization or in excess of authorized access, including, but not limited to, creating accounts, flagging previously posted content, or posting content on the craigslist website, and from inducing, encouraging, causing, materially contributing to, aiding or abetting any other person or entity to do the same;

    (h)  Manufacturing, developing, creating, adapting, modifying, exchanging, offering, selling, distributing, providing, donating, contributing, making available to the public, importing, trafficking in, purchasing, acquiring, transferring, marketing or using any program, device, or service designed to provide an automated means of accessing craigslist's website, automated means of creating craigslist accounts, or automated means of posting ads or other content on the craigslist's website, including, but not limited to, any program, device, or service that is, in whole or in part, designed to circumvent security measures on the craigslist website;

    (i)  Repeatedly posting the same or similar content on craigslist, posting the same item or service in more than one category on craigslist, posting the same item or service in more than one geographic area on craigslist, and from inducing, encouraging, causing, assisting, aiding, abetting or contributing to any other person or entity doing the same;

  (j)  Posting ads on behalf of others, causing ads to be posted on behalf of others, and accessing craigslist to facilitate posting ads on behalf of others;

  (k)  Using, offering, selling or otherwise providing a third-party agent, service, or intermediary to post content to craigslist;

  (l)  Misusing or abusing craigslist, the craigslist website and craigslist services in any way, including, but not limited to, violating the craigslist TOUs;

  (m)  Accessing or using craigslist's website for any commercial purpose whatsoever; and

  (n)  Using the CRAIGSLIST mark and any confusingly similar designations in Internet advertisements and otherwise in commerce in any manner likely to confuse consumers as to their association, affiliation, endorsement or sponsorship with or by craigslist.

5.  This Permanent Injunction is final and may not be appealed by either party.

1

2  Dated: November 20, 2009                    PERKINS COIE LLP

3
                                               By: _____
4                                                  Elizabeth McDougall

5                                              *Attorneys for Plaintiff craigslist, Inc.*

6

7  Dated: November 20, 2009

8
                                               By: _____
9                                                  Jody Mark Graffunder

10

11 **PURSUANT TO STIPULATION, IT IS SO ORDERED**

12

13

14
                      2010
15 Dated: __July 15_____, 2009
                                               ~~The Honorable Patricia V. Trumbull~~
16                                             ~~United States Magistrate Judge~~
                                               ~~Northern District of California~~
17                                             JEREMY FOGEL
                                               United States District Judge
18

19

20

21

22

23

24

25

26

27

28

---

40753-0043/LEGAL17343026.1        -5-                      CV-08-5062 PVT
                                                    [PROPOSED] PERMANENT INJUNCTION